(V. D. 83)

HENSEL, BRUCKMANN & LORBACHER, INC. v. UNITED STATES

Entry No. 809310.

(Decided September 11, 1958)

*John D. Rode* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: This is a valuation proceeding which arose by reason of a judgment rendered by the second division of this court in the case of *Gramercy Import Co., Inc., et al.* v. *United States*, 38 Cust. Ct. 480, Abstract 60688.

The cause of action, having been formally abandoned, is dismissed. Judgment will issue accordingly.